FORM 1. Notice of Appeal to the United States Court of Appeals for the Federal Circuit from a Judgment or Order of a UNITED STATES DISTRICT COURT

Case: 18-30440  Document: 003113033949  Page: 09/12/18  Date Filed: 09/14/2018

Form 1
Rev. 03/16

# United States District Court

## for the

**EASTERN** District of **PENNSYLVANIA**

**EDWARD THOMAS KENNEDY**, Plaintiff,

v.  Case No. 18-cv-3374

**COMMONWEALTH OF PENN**, Defendant.

## NOTICE OF APPEAL

Notice is hereby given that **Edward Thomas Kennedy** (name all parties * taking the appeal) in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit **Order to dismiss and not file an amended complaint.** (from the final judgment) ((from an order) (describe the order)) entered in this action on **8/24/2018**

_____
(Signature of appellant or attorney)

401 Tillage Rd., Breinigsville, PA 18031

pillarofpeace2012@gmail.com

pillarofpeace2017@protonmail.com

(Address of appellant or attorney and e-mail address)

[Reset Fields]

\* See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.

