IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD THOMAS KENNEDY,<br>Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 18-CV-3374 |
| COMMONWEALTH OF<br>PENNSYLVANIA, *et al.*,<br>Defendants. | : | |

**ORDER**

AND NOW, this 24th day of August, 2018, upon consideration of Plaintiff Edward Thomas Kennedy's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and his *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons set forth in the Court's Memorandum. Kennedy's claims brought pursuant to 42 U.S.C. § 1983 against the Commonwealth of Pennsylvania and Governor Wolf are **DISMISSED with prejudice**. Any claims that Kennedy is raising with respect to the events of June 2, 2017 and August 28, 2017 are **DISMISSED without prejudice** to Kennedy proceeding on those claims in Civil Action No. 18-977. Kennedy may not file an amended complaint in this matter.

4. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

C. DARNELL JONES, II, J.

FILED
AUG 24 2018
KATE BARKMAN, Clerk
By_____ Dep. Clerk