EDWARD THOMAS KENNEDY,

   Appellant

v.

COMMONWEALTH OF PENNSYLVANIA;

THOMAS WASSERMAN WOLF,

in his official capacity and individual capacities