UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3044
_____

EDWARD THOMAS KENNEDY,
                          Appellant

v.

COMMONWEALTH OF PENNSYLVANIA;
THOMAS WASSERMAN WOLF, in his official capacity and individual capacities

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Civil Action No. 5-18-cv-03374)
District Judge: Honorable C. Darnell Jones, II
_____

Submitted Pursuant to Third Circuit LAR 34.1(a)
December 21, 2018

Before: KRAUSE, SCIRICA and NYGAARD, <u>Circuit</u> <u>Judges</u>
_____

**JUDGMENT**
_____

     This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on December 21, 2018. On consideration whereof, it is now hereby

     ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 27, 2018, is hereby affirmed. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated: December 24, 2018

**Certified as a true copy and issued in lieu of a formal mandate on** 01/15/2019

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**